# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff(s)               )<br>                                         )<br>           v.                     )<br>                                         )<br>AUTHRINE N. REYNOLDS         )<br>A/K/A WENDY REYNOLDS,       )<br>    Defendant(s)              ) | CIVIL ACTION NO. 3:09-30210-MAP |

## DEFAULT JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for plaintiff United States of America, against the defendant Authrine N. Reynolds a/k/a Wendy Reynolds, pursuant to the court's endorsed order entered this date, granting defendant's motion for default judgment in the amount of $41,621.25

                                       **SARAH A. THORNTON**,
                                       CLERK OF COURT

Dated: July 23, 2010                By /s/ *Maurice G. Lindsay*
                                              Maurice G. Lindsay
                                              Deputy Clerk

(Civil Default Judgment (Routine).wpd - 11/98)
       [jgm.]