UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| AUTHRINE N. REYNOLDS a/k/a<br>WENDY REYNOLDS<br>    Defendant, | )   COURT NO. 09-CV-30210-MAP<br>)<br>)<br>) |
| and | )<br>) |
| VALLEY OPPORTUNITY COUNCIL<br>    Garnishee. | ) |

## ORDER OF CONTINUING GARNISHMENT

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Valley Opportunity Council, is to disburse percent of the Defendant, Authrine N. Reynolds's wages, after all deductions required by law, excluding retirement deductions, to the Department of Justice, c/o United States Attorney's Office, Financial Litigation Unit, One Courthouse Way, Suite 9200, Boston, MA 02210. Disbursements are required to be made each pay period until Authrine N. Reynolds's judgment debt balance of $40,552.42, plus .27 percent interest per annum on the principal amount as of the date of judgment, is satisfied.

APPROVED:

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: 12/16/13

SO ORDERED:

*[signature]*

DEPUTY CLERK
UNITED STATES DISTRICT COURT